UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| DAVID S. BOLIVER,<br><br>            Plaintiff,<br>    v.<br><br>MBNA AMERICA BANK, N.A.,<br><br>            Defendant. | Civil Action No. 05-CV-11346-MEL |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Stephen A. Jonas, Beth E. Bookwalter, and Christopher B. Zimmerman as counsel for the defendant, MBNA America Bank, N.A, in the above action.

                                        MBNA AMERICA BANK, N.A.

                                        By its attorneys,

                                          /s/ Christopher B. Zimmerman
                                        Stephen A. Jonas/BBO#542005
                                        Beth E. Bookwalter/BBO#643425
                                        Christopher B. Zimmerman/BBO#653854
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        60 State Street
                                        Boston, Massachusetts  02109
                                        (617) 526-6000

Dated:   July 25, 2005.

CERTIFICATE OF SERVICE

I, Christopher B. Zimmerman, hereby certify that on this 25th day of July, 2005, I served a true and accurate copy of the foregoing by First Class Mail to Njoroge Kamau, Esq., P.O. Box 60251, Worcester, MA 01606.

    /s/ Christopher B. Zimmerman
Christopher B. Zimmerman