## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (Eastern Division)

| | |
|---|---|
| DAVID S. BOLIVER,<br><br>             Plaintiff,<br>   v.<br><br>MBNA AMERICA BANK, N.A.,<br><br>             Defendant. | Civil Action No. 05-CV-11346-MEL |

### ASSENTED TO MOTION TO ENLARGE TIME TO ANSWER COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant MBNA America Bank, N.A. ("MBNA") hereby moves for an enlargement of time until September 2, 2005 to answer, or otherwise respond pursuant to Rule 12, to the Complaint in this matter.

As grounds for this motion, MBNA states that counsel for plaintiff, David S. Boliver ("Mr. Boliver"), has assented to the requested enlargement and that it requires additional time to respond to the allegations set forth in Mr. Boliver's Complaint.

WHEREFORE, MBNA, with the assent of the plaintiff, respectfully requests that the Court grant MBNA an enlargement of time up to and including September 2, 2005 to answer, or otherwise respond pursuant to Federal Rule of Civil Procedure 12, to Mr. Boliver's Complaint.

                                          MBNA AMERICA BANK, N.A.

                                          By its attorneys,

                                          __/s/ Christopher B. Zimmerman__
                                          Stephen A. Jonas/BBO#542005
                                          Beth E. Bookwalter/BBO#643425
                                          Christopher B. Zimmerman/BBO#653854
                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                          60 State Street
                                          Boston, Massachusetts  02109
                                          (617) 526-6000

Dated:  July 25, 2005.

## CERTIFICATE OF SERVICE

I, Christopher B. Zimmerman, hereby certify that on this 25th day of July, 2005, I served a true and accurate copy of the foregoing by First Class Mail to Njoroge Kamau, Esq., P.O. Box 60251, Worcester, MA 01606.

                                                                                                             /s/ Christopher B. Zimmerman
                                                                                                            Christopher B. Zimmerman

US1DOCS 5210313v1