UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| DAVID S. BOLIVER,<br>   Plaintiff,<br> v.<br>MBNA AMERICA BANK, N.A.,<br>   Defendant. | Civil Action No. 05-CV-11346-MEL |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and United States District Court, District of Massachusetts, Local Rule 7.3, the Defendant MBNA America Bank, N.A. ("MBNA"), by and through its attorneys, Wilmer Cutler Pickering Hale and Dorr LLP, hereby states that it is presently a wholly owned subsidiary of MBNA Corporation, a publicly held company. MBNA will promptly supplement this statement upon any change to the above information.

          MBNA AMERICA BANK, N.A.

          By its attorneys,

          __/s/ Christopher B. Zimmerman__
          Stephen A. Jonas/BBO#542005
          Beth E. Bookwalter/BBO#643425
          John S. Rhee/BBO#650139
          Christopher B. Zimmerman/BBO#653854
          Wilmer Cutler Pickering Hale and Dorr LLP
          60 State Street
          Boston, Massachusetts 02109
          (617) 526-6000

Dated: September 9, 2005.

US1DOCS 5282461v1

## CERTIFICATE OF SERVICE

I, Christopher B. Zimmerman, hereby certify that on this 9th day of September, 2005, I served a true and accurate copy of the foregoing by First Class Mail to Njoroge Kamau, Esq., P.O. Box 60251, Worcester, MA 01606.

    /s/ Christopher B. Zimmerman
    Christopher B. Zimmerman