UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID BOLIVER
            Plaintiff(s)

v.                                              CIVIL ACTION NO. 054-11346-MEL

MBNA AMERICA BANK, N.A.
            Defendant(s)

## JUDGMENT IN A CIVIL CASE

LASKER, S.D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

In accordance with Endorsement dated November 7, 2005. Defendant MBNA America Bank, N.A.'s Motion to Dismiss and to Compel Arbitration is Granted.

SARAH A. THORNTON CLERK

Dated: November 10, 2005          /s/ George H. Howarth
                                  ( By )  Deputy Clerk

(judgciv.frm - 10/96)                                    [jgm.]